377 A.2d 994

Commonwealth ex rel. Yilek, Appellant, v. Everhart.

Argued June 15, 1977. James D. Wolman, with him Alan Linder, for appellant; No appearance entered nor brief submitted for appellee.

Order vacated.

The case is remanded for the development of the record by the holding of an evidentiary hearing.